**13CV7208**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Candido Jerez*

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

*Police officer John Doe*
*Manhattan Police officer*
*That arrested me on 37 st.*
*Between 9th & 10th ave, earl-*
*ies this year (2013) in or*
*about February And Deep*
*Pocket NYC Police department*

_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names.  The names
listed in the above caption must be identical to those contained in
Part I.  Addresses should not be included here.)*

RECEIVED
OCT 10 2013
PRO SE OFFICE

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial:  ☑ Yes   ☐ No
          (check one)

I.    **Parties in this complaint:**

A.    List your name, identification number, and the name and address of your current place of
      confinement.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper
      as necessary.

Plaintiff       Name   *Candido Jerez*
                ID #   *349  13  14206*
                Current Institution   *MDC*
                Address   *125 White Street*
                          *NY NY. 10013*

B.    List all defendants' names, positions, places of employment, and the address where each defendant
      may be served.  Make sure that the defendant(s) listed below are identical to those contained in the
      above caption.  Attach additional sheets of paper as necessary.

Defendant No. I     Name   *P.O John Doe*
                    Where Currently Employed   *NYC Police Station*          Shield # _____
                    Address   *I think 20th st Manhattan*
                    *I.G. has a record of the incident*
                    *they (I.G) opened and filed a case*
                    *Nevertheless Bellevue Hospital has the*
                    *file of six stitches*

*Rev. 05/2010*

Defendant No. 2    Name    NYC Police Department          Shield # _____
                   Where Currently Employed _____
                   Address _____
                           _____

Defendant No. 3    Name _____ Shield # _____
                   Where Currently Employed _____
                   Address _____
                           _____

Defendant No. 4    Name _____ Shield # _____
                   Where Currently Employed _____
                   Address _____
                           _____

Defendant No. 5    Name _____ Shield # _____
                   Where Currently Employed _____
                   Address _____
                           _____

## II.    Statement of Claim:

State as briefly as possible the facts of your case.   Describe how each of the defendants named in the
caption of this complaint is involved in this action, along with the dates and locations of all relevant events.
You may wish to include further details such as the names of other persons involved in the events giving
rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims,
number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur?

Central Booking Manhattan

B.    Where in the institution did the events giving rise to your claim(s) occur?

By the EMT Station, in the hallway

C.    What date and approximate time did the events giving rise to your claim(s) occur?

I'm not sure but there was an IG
investigation and a case was open
they couldn't locate me so they mailed
a letter of postponement to my sister Mabel
Address in fairfield CT 26 Chestnut St.

D.     Facts:

<table>
<tr><td>What happened to you?</td></tr>
</table>

I was requesting medical screening for chest pain related issues and the officer(s) were acting hostile toward me just because. I was handcuff behind my back and shackled on my ankles. And I was being pushed and even dragged when the officer John Doe Denied me even to speak to the EMT on Duty (the EMT office was dark) I never saw nor spoke to the EMT. The officer forcefully grabbed me and forcefully threw me to the ground face first while I was handcuffed and shackled

<table>
<tr><td>Who did what?</td></tr>
</table>

<table>
<tr><td>Was anyone else involved?</td></tr>
</table>

<table>
<tr><td>Who else saw what happened?</td></tr>
</table>

All the prisoners that got arrested with me on 37st between 9th & 10th early on in 2013 about febuary (I can't remember) It was such an ordeal the head banging on concrete I lost conscious; even today I can't remember clearly

III.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I was knocked out (lost conscious) and awoke in the hospital with six (6) stitches on the side of my head near my right eye and my left knee hurts me, even up till today this day of my writing this complaint

IV.    Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.     Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓     No ____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). _I WAS being processed in the Central booking in Down town Manhattan_

B.     Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____   No ____   Do Not Know ✓

C.     Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____   No ____   Do Not Know ✓ _I.G. came sometime between_

If YES, which claim(s)? _____

D.     Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____   No ✓

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____   No ✓

E.     If you did file a grievance, about the events described in this complaint, where did you file the grievance?

_____

1.     Which claim(s) in this complaint did you grieve? _____

_____

2.     What was the result, if any? _____

_____

3.     What steps, if any, did you take to appeal that decision?  Describe all efforts to appeal to the highest level of the grievance process. _____

_____
_____
_____
_____

F.     If you did not file a grievance:

1.     If there are any reasons why you did not file a grievance, state them here: _I WAS in TRANSit and half lucid from the tattamount blow to my head_

_____
_____

2.     If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any: _I G. Opened a_
_Case but WAS unable to locate me_
_according to a letter sent to my_
_sister Mabel Daniel address in fairfield_
_Connecticut_

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative
    remedies. _____

_____

_____

_____

_____

_____

**Note:**  You may attach as exhibits to this complaint any documents related to the exhaustion of your
           administrative remedies.

**V.     Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you
are seeking and the basis for such amount). _I would WANT punitive damages_
_and all other damages the court and/or jury_
_Deem proper under the circumstances of a_
_Million & a half (1,500,000) to deter such_
_action from taking place again_

_____

_____

_____

_____

_____

_____

_____

**VI.    Previous lawsuits:**

| On these claims |

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this
    action?

    Yes ~~___~~   No  ✓

Rev. 05/2010

5

B.     If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below.  (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.     Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.     Court (if federal court, name the district; if state court, name the county) _____
_____

3.     Docket or Index number _____

4.     Name of Judge assigned to your case _____

5.     Approximate date of filing lawsuit _____

6.     Is the case still pending?  Yes _____  No _____
If NO, give the approximate date of disposition _____

7.     What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in  your  favor?  Was  the  case  appealed?) _____
_____
_____
_____

| On other claims |

C.     Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
Yes _____     No ✔

D.     If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.     Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.     Court (if federal court, name the district; if state court, name the county) _____
_____

3.     Docket or Index number _____

4.     Name of Judge assigned to your case _____

5.     Approximate date of filing lawsuit _____

6.     Is the case still pending?  Yes _____  No _____
If NO, give the approximate date of disposition _____

7.     What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____
_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 3 day of October, 2013

Signature of Plaintiff _Candido Jerez_

Inmate Number 349 13 14206

Institution Address MDC
125 White Street
New York, N.Y. 10013

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 3 day of October, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _Candido Jerez_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Candido Jerez_

_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

-against-

_P.O. John Doe, & NYC_
_Police Department. NY, NY._

_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

OCT 10 2013

PRO SE OFFICE

_____ Civ. _____ ( ) ( )

**REQUEST TO PROCEED**
*IN FORMA PAUPERIS*

I, _Candido Jerez_ , *(print or type your name)* am the plaintiff/petitioner in the
above entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay
fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said
proceeding or to give security therefor, and that I believe I am entitled to redress.

1.    If you are presently employed:
            a) give the name and address of your employer
            b) state the amount of your earnings per month

_____

_____

2.    If you are NOT PRESENTLY EMPLOYED:
            a) state the date of start and termination of your last employment
            b) state your earnings per month
      **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

I WAS last imployeed... in Jean's
Barbershop Brooklyn NY (1911 Church ave I think)
in 1994 ebna 550 commission

3.    Have you received, within the past twelve months, any money from any source? If so, name the
      source and the amount of money you received.

_____

a) Are you receiving any public benefits?            ☑ No.      ☐ Yes, $_____.

b) Do you receive any income from any other source?   ☑ No.      ☐ Yes, $_____.

*Rev. 05/2010*                        *1*

4.     Do you have any money, including any money in a checking or savings account?  If so, how much?

☑ No.          ☐ Yes, $_____.

5.     Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property?
If the answer is yes, describe the property and state its approximate value.

☑ No.          ☐ Yes, $_____.

6.     Do you pay for rent or for a mortgage?  If so, how much each month?

☑ No.          ☐ Yes, _____.

7.     List the person(s) that you pay money to support and the amount you pay each month.

_____

_____

8.     State any special financial circumstances which the Court should consider.

I am indigent and have been for
a long period of time  10 to 20 years.

_____

I understand that the Court shall dismiss this case if I give a false answer to any questions in this
declaration.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __3__ day of __October__ , __2013__
          date           month          year

_Candido Jerez_
          Signature

*Rev. 05/2010*                    2



# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

## PRISONER AUTHORIZATION

Case Name: __Candido Jerez__ v. __John Doe (P.O.)__
*(Enter the full name of the plaintiff(s))*    *(Enter the full name of the defendant(s))*

Docket No:   No. _____ Civ. _____ (     )
*(Enter the docket number, if available; if filing this with your complaint, you will not have a docket number.)*

The Prison Litigation Reform Act ("PLRA" or "Act") amended the *in forma pauperis* statute (28 U.S.C. § 1915) and applies to your case. Under the PLRA, you are required to pay the full filing fee when bringing a civil action if you are currently incarcerated or detained at any facility. If you do not have sufficient funds in your prison account at the time your action is filed, the Court must assess and collect payments until the entire filing fee of $350.00 has been paid, no matter what the outcome of the action.

**SIGN AND DATE THE FOLLOWING AUTHORIZATION:**

I, __Candido Jerez__ *(print or type your name)*, request and authorize the agency holding me in custody to send to the Clerk of the United States District Court for the Southern District of New York, or, if this matter is transferred to another district court, to the Clerk of the transferee court, a certified copy of my prison account statement for the past six months. I further request and authorize the agency holding me in custody to calculate the amounts specified by 28 U.S.C. § 1915(b), to deduct those amounts from my prison trust fund account (or institutional equivalent), and to disburse those amounts to the United States District Court for the Southern District of New York. This authorization shall apply to any agency into whose custody I may be transferred, and to any other district court to which my case may be transferred and by which my poor person application may be decided.

I UNDERSTAND THAT BY SIGNING AND RETURNING THIS NOTICE TO THE COURT, THE ENTIRE COURT FILING FEE OF $350.00 WILL BE PAID IN INSTALLMENTS BY AUTOMATIC DEDUCTIONS FROM MY PRISON TRUST FUND ACCOUNT **EVEN IF MY CASE IS DISMISSED OR EVEN IF I VOLUNTARILY WITHDRAW THE CASE.**

__3, October__ 20 __13__
Date signed

__Candido Jerez__
Signature of Plaintiff

__349 13 14206__
Prisoner I.D. Number

__MDC 125 White Street NY. NY. 1__
Name of current facility

*rev. 01/11*