Amended Complaint 13 GV 7208
for Incident dated March 14 2013
(W H P)(GWG)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CANdidó Jerez
349 1314 206
GMDC

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

SANTO Liz #2686
NEW YORK City

(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)

COMPLAINT
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes ☐ No
(check one)

RECEIVED
APR 24 2014
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

I.    Parties in this complaint:

A.    List your name, identification number, and the name and address of your current place of
      confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper
      as necessary.

Plaintiff          Name        CANdidó Jerez
                   ID #        349 1314 206
                   Current Institution    GMDC
                   Address     15-15 Hazen St.
                               East Elmhurst NY. 11370

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/25/14

B.    List all defendants' names, positions, places of employment, and the address where each defendant
      may be served. Make sure that the defendant(s) listed below are identical to those contained in the
      above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name    SANTO LIz        Shield # 2686
                   Where Currently Employed
                   Address

Rev. 05/2010                                    1

Defendant No. 2      Name   John Doe #2      Shield # _____
                     Where Currently Employed _____
                     Address _____
                     _____

Defendant No. 3      Name _____   Shield # _____
                     Where Currently Employed _____
                     Address _____
                     _____

Defendant No. 4      Name _____   Shield # _____
                     Where Currently Employed _____
                     Address _____
                     _____

Defendant No. 5      Name _____   Shield # _____
                     Where Currently Employed _____
                     Address _____
                     _____

II.     Statement of Claim:

State as briefly as possible the facts of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.      In what institution did the events giving rise to your claim(s) occur?

        Manhattan Central booking facility
        _____

B.      Where in the institution did the events giving rise to your claim(s) occur?

        In the corridor coming from EMT
        Dept.
        _____

C.      What date and approximate time did the events giving rise to your claim(s) occur?

        March 14 2013
        _____
        _____

Rev. 05/2010                                    2

On March 14 2013

III. Facts I WAS Asking to see the EMT worker cause I had chest pain and needed to go to the hospital; I was denied an interview with the EMT worker (personel) I look into his station and lights were out, it was purely dark No one to be seen.

I was push and shoved by officer Santo Liz repeatedly so as to feel the pain in my hand and ankle cause by the chains of the manacles hand/feet cuff. I went down in pain and protest, only to be dragged on down the hall on the floor so I painfully get up and again officer Santo Liz commenke to proud me with pushes & shoves I got upset and motion a protest with my manacled foot; only to be forcefully slammed by Santo Liz face first, handcuffed behind my back and manacled, to so to hand No way of stopping my inevitable collision with con crete floor I ended up with able 5 to 6 co defendents Saw incident because we were all arrest together

III. Injuries: If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I ended up in the hospital with on 3/1, Six Stitches on the side of my right eye, pain in my left knee and constant headaches I loss conscence via to the hospital I woke up in the hospital and asked "what happened" All This happened on March 14 2013.

IV.    Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes _____    No ✓

Rev 05/2010                                      3

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claims?

_____

_____

B.   Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes _____   No _____   Do Not Know _____

C.   Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes _____   No _____   Do Not Know _____

If YES, which claim(s)? _____

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes _____   No _____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes _____   No _____

E.   If you did file a grievance, about the events described in this complaint, where did you file the grievance?

_____

1.   Which claim(s) in this complaint did you grieve? _____

_____

2.   What was the result, if any? _____

_____

3.   What steps, if any, did you take to appeal that decision?  Describe all efforts to appeal to the highest level of the grievance process. _____

_____

_____

_____

_____

F.   If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here: _____

_____

_____

_____

2.   If you did not file a grievance but informed any officials of your claim, state who you informed,

Rev. 05/2010                                              4

when and how, and their response, if any:

_____

_____

_____

_____

Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_____

_____

_____

_____

_____

_____

Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V.   Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount).

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

VI.   Previous lawsuits:

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____  No ____

On these claims

Rev. 05/2010

5

B.    If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.    Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.    Court (if federal court, name the district; if state court, name the county) _____
_____

3.    Docket or Index number _____

4.    Name of Judge assigned to your case _____

5.    Approximate date of filing lawsuit _____

6.    Is the case still pending?   Yes _____   No _____
If NO, give the approximate date of disposition _____

7.    What was the result of the case? (For example:  Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____ , _____
_____
_____
_____

C.    Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

    On other claims

Yes ✓   No _____

D.    If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.    Parties to the previous lawsuit:

Plaintiff   CANdido Jerez

Defendants _____

2.    Court (if federal court, name the district; if state court, name the county) U.S.D.C Southern District of N.Y. (Foley Square

3.    Docket or Index number 1:13 CIV 8822 (AT) G

4.    Name of Judge assigned to your case   Analisa Torres

5.    Approximate date of filing lawsuit   (Cause 42: 1983 Prisone Civ Right,

6.    Is the case still pending?   Yes ✓   No   12/11/2013
If NO, give the approximate date of disposition _____

7.    What was the result of the case? (For example:  Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _1_ day of _April_, 20_14_

Signature of Plaintiff: _Candido Feron_

Inmate Number: _349 1314 200_

Institution Address: _GMDC_
_1515 Hazen St._
_East Elmhurst_
_New York 11370_

Note   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _1_ day of _April_, 20_14_ I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _Candido Feron_