UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Candido Jerez
349131/4206

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

Santo Liz #2686

New York City

City of New York

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

13cv 7208 (WHP)

Second Amended
**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes ☐ No
(check one)

SEP 12 2014

PRO SE OFFICE

## I.  Parties in this complaint:

A.  List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff      Name  Candido Jerez
               ID #  349131/4206
               Current Institution  GMDC
               Address  15-15 Hazen St.
                        East Elmhurst N.Y. 11370

B.  List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name  Santo Liz              Shield # 2686
                   Where Currently Employed _____
                   Address _____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9/12/14

*Rev. 05/2010*      1

Defendant No. 2    Name  City of New York                Shield # _____
                   Where Currently Employed _____
                   Address _____
                   _____

Defendant No. 3    Name  New York City                   Shield # _____
                   Where Currently Employed _____
                   Address _____
                   _____

Defendant No. 4    Name _____ Shield # _____
                   Where Currently Employed _____
                   Address _____
                   _____

Defendant No. 5    Name _____ Shield # _____
                   Where Currently Employed _____
                   Address _____
                   _____

**II.    Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur?
_____
_____

B.   Where in the institution did the events giving rise to your claim(s) occur?
_____
_____
_____

C.   What date and approximate time did the events giving rise to your claim(s) occur?
_____
_____
_____

*Rev. 05/2010*                                2

**D. Facts:** On March 15 2013 I was asking to see the EMT worker 'cause I had chest pain and needed to go to the hospital. I was denied an interview with the EMT worker (personnel) by officer Santo Liz. I then looked into EMT station and lights were out; it was purely dark no-one to be seen.

*What happened to you?*

*Who did what?*

I was pushed and shoved by officer Santo Liz repeatedly, so as to feel the pain in my ankle caused by the chains of the manacles (hand/feet) cuff. I was rear cuffed. I went down in pain and protested; only to be dragged on down the hall on the floor. So I painfully got up; and again officer Santo Liz commence to prod me with pushes and shoves. I got upset and motion a protest with my manacled foot; only to be forcefully slammed to the ground by Santo Liz face first, handcuffed behind my back and manacled. (my) Hands had no way of stopping my inevitable collision with the upcoming concrete floor nor could I aid myself in any way. All in front of 6 Codefendant which were arrested with me on W 37th St. Between 10th and --- 9th or 11th ave

*Was anyone else involved?*

*Who else saw what happened?*

**III. Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I ended up with about 6 stitches above my right eye on the side of my face. I woke up in the hospital with left knee aching me and a migraine headache. I then asked "what happened"? All this happen on March 15 2013 in front of 5 or 6 Codefendants we were all arrested together on W 37th St Between 10th & 9th or 11th ave.

**IV. Exhaustion of Administrative Remedies:**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ____   No ✓

*Rev. 05/2010*   3

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____
_____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____   No ____   Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____   No ____   Do Not Know ____

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____   No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____   No ____

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

_____

1. Which claim(s) in this complaint did you grieve? _____
_____

2. What was the result, if any? _____
_____

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____
_____
_____
_____
_____

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: _____
_____
_____
_____

2. If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any: _____

_____

_____

_____

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

_____

_____

_____

_____

**Note:** You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V.  Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). Six million dollar for physical pain and suffering; Mental anguish and punitive damages. And to deter such (unlawful activities by officers) running rampid and flagrantly attacking those they are suppose to take care of while in custody and else where.

## VI.  Previous lawsuits:

**On these claims**

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____  No ✓

*Rev. 05/2010*                                   5

B.  If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

   1. Parties to the previous lawsuit:

   Plaintiff _____

   Defendants _____

   2. Court (if federal court, name the district; if state court, name the county) _____

   3. Docket or Index number _____

   4. Name of Judge assigned to your case _____

   5. Approximate date of filing lawsuit _____

   6. Is the case still pending? Yes ____ No ____

      If NO, give the approximate date of disposition _____

   7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

<div style="border:1px solid">On other claims</div>

C.  Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
    Yes ✓   No ____

D.  If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

   1. Parties to the previous lawsuit:

   Plaintiff  Candido Jerez

   Defendants _____

   2. US Dist Court — Court (if federal court, name the district; if state court, name the county) Southern District of N.Y. (Foley Square)

   3. Docket or Index number  1:13 civ 8822 (AT)

   4. Name of Judge assigned to your case  Anolisa Torres

   5. Approximate date of filing lawsuit  Cause 42:1983 Prison Civ Rights

   6. Is the case still pending? Yes ✓  No  12/11/2013

      If NO, give the approximate date of disposition _____

   7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

Rev. 05/2010                              6

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 13 day of August, 2014.

                    Signature of Plaintiff   Candido Jerez

                    Inmate Number       349131406

                    Institution Address    GMDC

                                             15-15 Hazen St

                                           East Elmhurst

                                           NY- 11370

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 13 day of August, 2014, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

                    Signature of Plaintiff: _____

To: Post Office
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Court
500 Pearl Street Room 230
New York, NY 10007

Notice: New Address

Candido Jerez
165 Griffen St.
Stratford Conn 06615