```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

Candido Jerez,

                                       Plaintiff,

              -against-

City of New York, et al.,

                                       Defendants.

----------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

13 Civ. 7208 (GWG)

      **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

**[Remainder of page left intentionally blank}**

1. The above-referenced action is hereby dismissed with prejudice.

Dated: New York, New York
       March 22, 2016

| | |
|---|---|
| LAW OFFICE OF CHAD YOUNG<br>*Attorneys for Plaintiff*<br>225 Broadway, Suite 1803<br>New York, New York 10007<br><br>By: _____<br>Chad Young<br>*Attorney for Plaintiff* | ZACHARY W. CARTER<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants*<br>100 Church Street, 3rd Floor<br>New York, New York 10007<br><br>By: _____ 5-20-16<br>Peter J. Fogarty<br>*Assistant Corporation Counsel* |

SO ORDERED:

_____
HON. GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

Dated: May 20, 2016